IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD DONNOVAN JOHNSON,<br><br>    Defendant. | CRIMINAL CASE NO.<br><br>1:13-cr-404-JEC-ECS |

### ORDER

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [36] recommending denying defendant's Motion to Suppress Statements [17]. On May 7, 2014, defendant filed Objections [38] to the Report and Recommendation [36]. The Court has reviewed the Final Report and Recommendation [36] and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [36] **DENYING** defendant's Motion to Suppress Statements [17]. Counsel for the defendant shall advise the Court by **July 28, 2014** whether this case will be disposed of by plea or by trial.

**Excludable time is allowed to commence as of April 25, 2014 through July 28, 2014,** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(to give counsel for the defendant or attorney for the Government

AO 72A
(Rev.8/82)

reasonable time necessary for effective preparation). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

    SO ORDERED this 27th day of June, 2014.

                                    /s/ Julie E. Carnes
                                    JULIE E. CARNES
                                    CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)